Case 2:09-cv-04257-SSV-KWR  Document 27  Filed 10/13/09  Page 1 of 1

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 OCT 13 PM 1:14

LORETTA G. WHYTE
CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Leonard Price | 09-4257-R (4) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Housing Authority of New Orleans, ET AL | S & C |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Margaret McMillian  3403 AGRICULTURE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 4100 Touro Street
New Orleans, LA 70122

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Leonard Price
3110 Edith Weston Place
New Orleans, LA 70126

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                   Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 34 | District to Serve No. 34 | Signature of Authorized USMS Deputy or Clerk  Mary Rose Christopher | Date 9/24/09 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | ☒ am ☐ pm |
|---|---|---|
| 10-8-09 | 1:00 | |

Signature of U.S. Marshal or Deputy

| Service Fee 55.00 | Total Mileage Charges (including endeavors) 11.00 | Forwarding Fee | Total Charges 66.00 | Advance Deposits | Amount owed to U.S. Marshal or $66.00 | Amount of Refund |

REMARKS:

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**PRIOR EDITIONS MAY BE USED**        **1. CLERK OF THE COURT**        **FORM USM-285 (Rev. 12/15/80)**