UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEONARD PRICE                                CIVIL ACTION

VERSUS                                       NO: 09-4257

HOUSING AUTHORITY OF NEW                     SECTION: R(4)
ORLEANS, ET AL.

**SUMMARY ORDER**

On November 16, 2009, the Court granted plaintiff Leonard Price's motion for entry of default as to the DARC defendants. (R. Doc. 30.) On February 24, 2009, however, the Court denied Price's motion for default judgment because the DARC defendants had hired legal counsel and filed a motion to dismiss. (R. Doc. 37.) The Court observed that default judgments are disfavored in the law, and held that it would address the DARC defendants' motion to dismiss on the merits. *See Lacy v. Sitel Corp.*, 227 F.3d 290, 292 (5th Cir. 2000). The DARC defendants now seek to set aside the default entered on November 16, 2009. The Court may set aside an entry of default for "good cause." Fed. R. Civ.

P. 55(c). The court finds that there is good cause to set aside the entry of default against the DARC defendants because they have moved expeditiously to correct their default by hiring counsel and filing a motion to dismiss, and because Price has made no showing that he would suffer unfair prejudice. *See Jenkens & Gilchrist, v. Groia & Co.*, 542 F.3d 114, 119 (5th Cir. 2008). Accordingly, the Court GRANTS the DARC defendants' motion to set aside default.

New Orleans, Louisiana, this 8th day of March 2010.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE