UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEONARD PRICE                                    CIVIL ACTION

VERSUS                                           NO: 09-4257

HOUSING AUTHORITY OF NEW                         SECTION: R(4)
ORLEANS, ET AL.

## ORDER

Before the Court is plaintiff Leonard Price's motion for sanctions[1] and his objection[2] to the Magistrate Judge's Report and Recommendation that the motion be denied.[3]  The Court, having reviewed *de novo* the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and Price's objection thereto, hereby APPROVES the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly, Price's motion for sanctions is DENIED.

New Orleans, Louisiana, this 30th day of August, 2010.

Sarah Vance
_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 61.

[2] R. Doc. 86.

[3] R. Doc. 80.